IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. HOWL,<br><br>    Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, N.A.; BAC HOME LOANS SERVICING, LP; PRLAP, INC.; and RECONTRUST COMPANY, N.A.,<br><br>    Defendants.<br>_____/ | No. C 11-0887 CW<br><br>ORDER CONCERNING PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |

    On May 18, 2011, Defendants Bank of America, N.A., et al., moved to dismiss Plaintiff Michael A. Howl's claims.  Pursuant to stipulation, the motion was set for hearing on July 28, 2011.  Under the Civil Local Rules in force at the time Defendants filed their motion, Plaintiff's opposition was due July 7, 2011.  No response from Plaintiff has been received.

    Within seven days of the date of this Order, Plaintiff shall respond to Defendants' motion.  If Plaintiff responds, Defendants shall reply seven days after Plaintiff's response is filed.  Defendants' motion will be taken under submission on the papers.  Plaintiff's failure to comply with this Order will result in the dismissal of his claims for failure to prosecute.

    The case management conference and hearing on Defendants' motion to dismiss set for July 28, 2011 are VACATED.

    IT IS SO ORDERED.

Dated: 7/12/11

                                    CLAUDIA WILKEN
                                    United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL A HOWL,

        Plaintiff,

  v.

BANK OF AMERICA NA et al,

        Defendant.

Case Number: CV11-00887 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 12, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael A. Howl
PO Box 916
Danville, CA 94526

Nadia Marie Bishop F
Bryan Cave LLP
Two Embarcadero Center
Suite 1410
San Francisco, CA 94111

Dated: July 12, 2011

                              Richard W. Wieking, Clerk
                              By: Nikki Riley, Deputy Clerk