**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A HOWL, | No. C 11-00887 CW |
| Plaintiff, | ORDER OF REFERENCE TO MAGISTRATE JUDGE |
| v. | |
| BANK OF AMERICA NA, | |
| Defendant. / | |

Pursuant to Civil Local Rule 72-1 and the suggestion of the ADR unit, IT IS HEREBY ORDERED that the above-captioned case is referred to a Magistrate Judge for settlement conference to be held as soon as possible. The parties will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

DATED: **9/13/2011**

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

cc: Sue; ADR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A HOWL, | No. C 11-00887 CW |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| BANK OF AMERICA NA, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 13, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael A. Howl
PO Box 916
Danville, CA 94526

Dated: September 13, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

2