MICHAEL A. HOWL
P.O. Box 916
Danville, CA 94526
925-580-1673
Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. HOWL,<br>   Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, N.A.; BAC HOME LOANS SERVICING, LP; PRLAP, INC.: RECONTRUST, N.A. and DOES 1-50, Inclusive.<br><br>   Defendants | CASE NO.: 4:11-CV-00887 CW<br><br>STIPULATION TO CHANGE THE DATE OF MANDATORY SETTLEMENT CONFERENCE<br><br>Ctrm: 2, 4th Floor<br>Judge: Hon. Judge C. Wilkin |

  I, Michael A. Howl (herein "PLAINTIFF") hereby request that the date for the Mandatory Settlement Conference be changed from October 21, 2011 to November 21, 2011 at 10:00 am. The grounds for the requested continuance are as follows:

  Michael A. Howl has just been informed of a mandatory work meeting on October 21, 2011, and failure to be at this crucial meeting will result in termination of his employment. This unexpected work meeting is a terrible hardship to the Plaintiff and it jeopardizes his rights in this litigation. Therefore, the parties and the Court Clerk have reserved the date of November 21, 2011 for all parties to appear for the Settlement Conference.

Defendants Bank of America, N.A., for itself and as successor by merger to BAC Home Loans Servicing LP, PRLAP, Inc. and ReconTrust, N.A. ("Defendants") do not oppose this request.

Plaintiff acting in Pro Per and Counsel for Defendants have read the foregoing agreement to change the date and have agreed to this change by signing this stipulation.

I, Michael A. Howl, do hereby declare that the foregoing information is true and correct.

_/s/ Michael A. Howl_
Michael A. Howl

Reviewed and agreed to by:

_____
Alison V. Lippa, Attorney for Defendants

It is so ordered:

_/s/ LB_
~~Judge~~
**LAUREL BEELER**
**United States Magistrate Judge**

Defendants Bank of America, N.A., for itself and as successor by merger to BAC Home Loans Servicing LP, PRLAP, Inc. and ReconTrust, N.A. ("Defendants") do not oppose this request.

Plaintiff acting in Pro Per and Counsel for Defendants have read the foregoing agreement to change the date and have agreed to this change by signing this stipulation.

I, Michael A. Howl, do hereby declare that the foregoing information is true and correct.

_____
Michael A. Howl


Reviewed and agreed to by:

_____
Alison V. Lippa, Attorney for Defendants


It is so ordered:



_____
Judge