UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| MICHAEL A HOWL, | No. C 11-00887 LB |
| Plaintiff, | **ORDER RE: DEFENDANTS' SETTLEMENT CONFERENCE STATEMENT** |
| v. | |
| BANK OF AMERICA, N.A., et al. | |
| Defendants. | |

The parties to the above-captioned action are scheduled to participate in a settlement conference with the undersigned on November 21, 2011. The parties submitted settlement conference statements as required by this court's order dated September 15, 2011. *See* 09/15/2011 Order, ECF No. 44.[1] Defendants, however, failed to inform the court of their litigation costs, as they are required to do. *See id*. at 4. In addition, although Defendants mentioned in their settlement conference statement that "Bank of America, N.A. has made at least two offers to pay relocation expenses to assist Plaintiff in moving from the Property," they failed to state how much they offered to pay Plaintiff on these occasions.

Accordingly, the court directs Defendants to state their litigation costs and prior settlement offer amounts to the court either in a revised settlement conference statement that is served on Plaintiff or in a separate confidential statement that is not served on Plaintiff. *See id*. Defendants shall submit

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

C 11-00887 LB

1   the requested information to the court's proposed orders inbox at lbpo@cand.uscourts.gov no later
2   than noon on November 17, 2011.
3   **IT IS SO ORDERED.**
4   Dated: November 16, 2011



_____
LAUREL BEELER
United States Magistrate Judge